LANE DILG (SBN 277220)
City Attorney
Lane.Dilg@smgov.net
JOSEPH LAWRENCE (SBN 99039)
Assistant City Attorney
Joseph.Lawrence@smgov.net
HEIDI von TONGELN (SBN 239331)
Heidi.vonTongeln@smgov.net
Deputy City Attorney
1685 Main Street, Third Floor
Santa Monica, California 90401-3295
Tel: 310.458.8336; Fax: 310.393.6727

WILLIAM V. O'CONNOR, JR. (SBN 216650)
WOConnor@mofo.com
JOANNA L. SIMON (SBN 272593)
JoannaSimon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Tel: 213.892.5200; Fax: 213.892.5454

Attorneys for Defendant
CITY COUNCIL FOR THE
CITY OF SANTA MONICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE SCOTT, an individual; JAMES BABINSKI, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CITY COUNCIL FOR THE CITY OF SANTA MONICA, the governing body of the City of Santa Monica which operates the Santa Monica Municipal Airport; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF JOANNA L. SIMON IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT CITY COUNCIL FOR THE CITY OF SANTA MONICA** |

1      I, Joanna L. Simon, declare as follows:

2      1.    I am an attorney licensed to practice before this court, an associate with Morrison & Foerster LLP, counsel of record for defendant City Council for the City of Santa Monica ("Defendant"). I am submitting this declaration in support of Defendant's Notice of Removal. Based on my involvement in this case, I have personal knowledge of the facts set forth herein, except where stated upon information and belief, and if called as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibits A through R are true and correct copies of all of the pleadings of which Defendant is aware that have been filed in the removed action, Los Angeles Superior Court Case No. BS169465.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2017 at San Diego, California.

                                      /s/ Joanna L. Simon
                                      Joanna L. Simon