# EXHIBIT Q

```
LANE DILG
City Attorney
JOSEPH LAWRENCE
Assistant City Attorney
HEIDI von TONGELN (SBN 239331)
Deputy City Attorney
Heidi.vonTongeln@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8336
Facsimile: (310) 451-5862

Attorneys for Respondent/Defendant
City Council of the City of Santa Monica
```

**FILED**
Superior Court of California
County of Los Angeles
SEP 08 2017
Sherri R. Carter, Executive Officer/Clerk
By: CARMEN DEL RIO, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| KATE SCOTT; JAMES BABINSKI, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> SANTA MONICA CITY COUNCIL <br><br> Respondents/Defendants. | CASE NO.: BS 169465 <br><br> **NOTICE OF RULING RE ORDER TO SHOW CAUSE RE DISMISSAL** <br><br> Date: September 5, 2017 <br> Time: 1:30 p.m. <br> Dept.: 85 <br><br> **Assigned for all purposes to the Honorable James C. Chalfant** <br> Location: Stanley Mosk Courthouse |

ORIGINAL

1
NOTICE OF RULING RE ORDER TO SHOW CAUSE RE DISMISSAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Court conducted the hearing on its Order To Show Cause Re Dismissal on September 5, 2017 at 1:30 p.m. in Department 85 of the Superior Court of the County of Los Angeles, the Honorable James C. Chalfant presiding. Defendant/Respondent City Council of the City of Santa Monica appeared by and through its attorney Heidi von Tongeln, Deputy City Attorney. Plaintiff/Petitioner Kate Scott appeared by and through her attorney Shana Elson. Plaintiff/Petitioner James Babinski was not present.

The Court, having reviewed the additional briefing and having heard the oral argument of the parties, granted Petitioners leave to file an amended petition within twenty (20) days of the hearing, or by September 25, 2017. Petitioners' amended petition is to be limited to allegations that a Brown Act violation occurred because the City failed to to conduct a public hearing as required under the Public Utilities Code to discuss shortening the runway at Santa Monica Airport prior to agreeing to enter into the Consent Decree in Closed Session on January 28.

A Trial Setting Conference and Demurrer is scheduled for December 5, 2017 at 1:30 pm. In Department 85.

The Judge ordered the City to give notice.

DATED: September 8, 2017

LANE DILG
City Attorney

By: /s/ Heidi von Tongeln
HEIDI VON TONGELN
Deputy City Attorney

Attorneys for Defendant
CITY OF SANTA MONICA

---

2
**NOTICE OF RULING RE ORDER TO SHOW CAUSE RE DISMISSAL**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Bradley Michaud, declare:

I am employed in the County of Los Angeles, State of California. My business address is 1685 Main Street, Santa Monica, California 90401. I am over the age of eighteen years and not a party to the action in which this service is made.

On **September 8, 2017**, I served the document(s) described as NOTICE OF RULING RE ORDER TO SHOW CAUSE RE DISMISSAL on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

| Shana Elson, Esq. | James Babinski |
| --- | --- |
| 9848 Tabor Street, Apt. 211 | 2146 Fox Hills Drive |
| Los Angeles, CA 90034 | Los Angeles, CA 90025 |

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 1685 Main Street, Santa Monica, California 90401, with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at 1685 Main Street, Santa Monica, California 90401.

☐ BY FACSIMILE: I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☒ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ [Federal] I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
p
Executed on **September 8, 2017**, at Santa Monica, California.

_____
Bradley C. Michaud

3
**PROOF OF SERVICE**

Exhibit Q
Page 420